**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PHIL ROSEN, derivatively on behalf of ALPHABET, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SUNDAR PICHAI, LARRY PAGE, SERGEY BRIN, JOHN L. HENNESSEY, FRANCES H. ARNOLD, R. MARTIN CHAVEZ, L. JOHN DOERR, ROGER W. FERGUSON JR., K. RAM SHRIRAM, ROBIN L. WASHINGTON, ANAT ASHKENAZI, RUTH M. PORAT, and KENT WALKER,<br><br>Defendants,<br><br>– and –<br><br>ALPHABET, INC.,<br><br>Nominal Defendant. | No. 1:26-cv-13499<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>**(FRCP 41(a)(1)(A)(i))** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Phil Rosen, derivatively on behalf of Alphabet, Inc. ("Plaintiff"), hereby gives notice that this action is voluntarily dismissed. Defendants have not served answers or motions for summary judgment in this action. Accordingly, Plaintiff's notice of voluntary dismissal of this action is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Further, Plaintiff intends to refile this action in the United States District Court for the Northern District of California, which conforms with transfer based on 28 U.S.C. § 1404(a).

Dated: November 4, 2026

Respectfully submitted,

**SALT**

*/s/ David T. Wissbroecker*

David T. Wissbroecker
david@saltlawgroup.com
100 SW Main Street, Suite 1025
Portland, OR 97204
Telephone: 503-417-7777
Facsimile: 503-214-8816